No. 531. S. BUCHSBAUM & CO., INC. *v.* UNITED STATES. Court of Claims. Certiorari denied. *Edwin J. McDermott* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States.


No. 607. HEITSCH, EXECUTOR, *v.* KAVANAGH, COLLECTOR OF INTERNAL REVENUE. C. A. 6th Cir. Certiorari denied. *Robert Dawson Heitsch* for petitioner. *Acting Solicitor General Stern* and *Assistant Attorney General Holland* for respondent.


No. 616. MORRISTOWN TRUST CO., EXECUTOR, *v.* MANNING, INTERNAL REVENUE COLLECTOR. C. A. 3d Cir. Certiorari denied. *Benjamin Harrow* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, Lee A. Jackson* and *Joseph F. Goetten* for respondent.


No. 622. COMMISSIONER OF INTERNAL REVENUE *v.* GOLONSKY ET AL. C. A. 3d Cir. Certiorari denied. *Solicitor General Cummings* for petitioner.


No. 626. WYNNE *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 2d Cir. Certiorari denied. *Mark H. Johnson* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Holland, Ellis N. Slack, A. F. Prescott* and *Cecelia H. Goetz* for respondent.


No. 627. H. J. LEWIS OYSTER CO. *v.* UNITED STATES ET AL. Court of Claims. Certiorari denied. *Curtiss*

*K. Thompson* and *John H. Weir* for petitioner. *Acting Solicitor General Stern, Assistant Attorney General Burger, Paul A. Sweeney* and *Hubert H. Margolies* for the United States, respondent.

No. 630. SELLAS *v.* KIRK, RANGE MANAGER, BUREAU OF LAND MANAGEMENT. C. A. 9th Cir. Certiorari denied. *Clel Georgetta* for petitioner. *Acting Solicitor General Stern, Acting Assistant Attorney General Williams, Roger P. Marquis* and *John C. Harrington* for respondent.

No. 632. MIMS *v.* METROPOLITAN LIFE INSURANCE Co. C. A. 5th Cir. Certiorari denied. *Crampton Harris* for petitioner. *Lucien D. Gardner, Jr.* for respondent.

No. 637. MARINE MIDLAND TRUST Co. *v.* MCGIRL, TRUSTEE, ET AL. C. A. 3d Cir. Certiorari denied. *Charles Danzig* for petitioner. *Acting Solicitor General Stern* and *Roger S. Foster* for the Securities and Exchange Commission; and *Samuel M. Coombs, Jr.* for McGirl, Trustee, respondents.

No. 639. SANFORD SERVICE Co. *v.* CASWELL. C. A. 5th Cir. Certiorari denied. *Eberhard P. Deutsch* for petitioner. *J. McHenry Jones* for respondent.

No. 640. HAMMERMILL PAPER Co. *v.* CITY OF ERIE. Supreme Court of Pennsylvania. Certiorari denied. *M. E. Graham* for petitioner. *Maurice J. Coughlin* for respondent.